IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BERNARD SCOTT,<br>　　　　　Plaintiff<br><br>　vs.<br><br>LOUIS S. FOLINO, Superintendent S.C.I. Greene; MICHAEL C. BARONE, Deputy Superintendent S.C.I. Greene; THOMAS D. JACKSON, Deputy Superintendent S.C.I. Greene; DIANE THOMAS, Superintendent Assistance,<br>　　　　　Defendants | )<br>)<br>)<br>) Civil Action No. 05-739<br>) Judge Terrence F. McVerry/<br>) Magistrate Judge Amy Reynolds Hay<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

AND NOW, this 5<u>th</u> day of <u>March</u>, 2007, after the plaintiff, Bernard Scott, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

　　　　IT IS HEREBY ORDERED that the complaint is dismissed for failure to prosecute.

　　　　IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

　　　　　　　　　　　　　　　　s/ Terrence F. McVerry
　　　　　　　　　　　　　　　　United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Bernard Scott
DG-5772
SCI Greene
175 Progress Drive
Waynesburg, PA 15370

Mary Lynch Friedline
Email: mfriedline@attorneygeneral.gov